1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT FOR THE

7                        EASTERN DISTRICT OF CALIFORNIA

8

9   UNITED STATES OF AMERICA,

10                 Plaintiff,
                                        CR. NO. S-08-0087 EJG
11          v.
                                        ORDER DIRECTING UNITED STATES
12   HUMBERTO GONZALES-MUNOZ,           TO FILE RESPONSE

13                 Defendant.
    _____/

14

15       Defendant, a federal prisoner proceeding pro se, has filed a

16   "Notice of Place of Imprisonment and Request for Speedy Trial or,

17   Alternatively, for DISMISSAL."  A review of the record shows that

18   defendant was sentenced by this court to a term of 24 months

19   custody and 36 months supervised release on March 25, 2009.  On

20   February 22, 2011, a petition for violation of supervised release

21   was filed, charging defendant with a new law violation.  A

22   warrant for defendant's arrest was issued February 23, 2011.

23       In the instant "Notice" defendant states that he is

24   currently incarcerated in the Southern District of California

25   serving a 63-month sentence imposed pursuant to a judgment issued

26   April 4, 2011.  He requests to be brought before the undersigned

on the petition within 70 days, or alternatively, for dismissal of the petition.

The Clerk of Court is directed to serve a copy of defendant's "Notice" as well as this order on Assistant U.S. Attorney Michelle Beckwith and on U.S. Probation Officer Jeffrey Oestreicher.  The government is directed to file a response to the Notice within 30 days of the filing date of this order.

IT IS SO ORDERED.

Dated: February 23, 2012

/s/ Edward J. Garcia
EDWARD J. GARCIA, JUDGE
UNITED STATES DISTRICT COURT