PHILLIP A. TALBERT
Acting United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:08-CR-00087-WBS-CKD-1 |
|---|---|
| Plaintiff/Respondent, | GOVERNMENT'S OPPOSITION TO THE SECTION 2255 PETITION |
| v. | DATE: N/A |
| HUMBERTO GONZALEZ-MUNOZ, | TIME: N/A |
| Defendant/Petitioner. | COURT: Hon. Carolyn K. Delaney |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, the government was to file its opposition to defendant's petition under 28 U.S.C. § 2255 no later than 8/1/2016.  Petitioner was then to file a reply no later than 8/15/2016.

2. By this stipulation, the parties now jointly move to amend the briefing schedule such that the government may file its opposition no later than 8/22/2016, while Petitioner may file any reply no later than 9/5/2016.

[*Rest of page blank*.]

3. The parties agree and stipulate, and request that the Court find, that the proposed amended briefing schedule is fair and will not significantly prejudice either party.

IT IS SO STIPULATED.

Dated: August 1, 2016

PHILLIP A. TALBERT
Acting United States Attorney

/s/ ROSS K. NAUGHTON
ROSS K. NAUGHTON
Assistant United States Attorney

Dated: August 1, 2016

/s/ MIA CRAGER
MIA CRAGER
Counsel for Defendant/Petitioner
HUMBERTO GONZALEZ-MUNOZ

**FINDINGS AND ORDER**

IT IS SO ORDERED. The government may file its opposition to defendant's petition under 28 U.S.C. § 2255 no later than 8/22/2016. Petitioner may file any reply no later than 9/05/2016.

Dated: August 3, 2016

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE